Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE DEMONT, | ) Case No. 2:14-cv-03421-MWF-JPR |
| Plaintiff, | ) **JOINT REQUEST TO DISMISS** |
| vs. | ) **WITH PREJUDICE** |
| GC SERVICES, LIMITED PARTNERSHIP, | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 28th day of May, 2014

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Renee C. Ohlendorf
Hinshaw and Culbertson LLP
Attorney for Defendant

Stipulation to Dismiss- 1

1  Filed electronically on this 28th day of May, 2014, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Renee Choy Ohlendorf
   HINSHAW & CULBERTSON LLP
6  11601 Wilshire Blvd #800
7  Los Angeles CA 90025

8
   This 28th day of May, 2014.
9

10 s/Todd M. Friedman
   Todd M. Friedman
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss- 2