JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE DEMONT,** | ) Case No. 2:14-cv-03421-MWF-JPR |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **GC SERVICES, LIMITED PARTNERSHIP,** | ) |
| Defendant. | ) |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

   Dated this 29TH day of May, 2014.

   _____
   The Honorable Michael W. Fitzgerald

Order to Dismiss - 1